

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00763-CV

**COASTAL RESOURCES, LTD.**,
Appellant

v.

**LOS LAZOS CONSTRUCTION AND LEASE SERVICE, LLC**
and Coyote Paving & Construction, Inc.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,864
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding damages and attorney's fees to Los Lazos Construction and Lease Service, LLC is AFFIRMED, CONDITIONED ON A REMITTIUR of damages in the amount of $8,000.00. If this remittitur is not filed within twenty days from the date of this judgment, the portion of the trial court's judgment awarding damages and attorney's fees to Los Lazos Construction and Lease Service, LLC will be REVERSED, and the claim by Los Lazos Construction and Lease Service, LLC against Coastal Resources, Ltd. will be REMANDED to the trial court for a new trial. The portion of the trial court's judgment awarding damages and attorney's fees to Coyote Paving & Construction, Inc. is REVERSED, and the claim by Coyote Paving & Construction, Inc. against Coastal Resources, Ltd. is REMANDED to the trial court for a new trial. In the event the remittitur is timely filed, it is ORDERED that Los Lazos Construction and Lease Service, LLC recover its costs of this appeal from Coastal Resources, Ltd.; otherwise, costs of the appeal shall be taxed against the parties who incurred them.

SIGNED April 24, 2013.

_____
Luz Elena D. Chapa, Justice